NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELMER R. CALDWELL,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7106

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-3431, Judge Coral W. Pietsch.

---

**ON MOTION**

---

## O R D E R

The Secretary of Veterans Affairs moves for a 22-day extension of time, until September 3, 2013, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

CALDWELL V. SHINSEKI                                                    2

The motion is granted.

                                        FOR THE COURT


                                         /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk

s27